UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW S. WIMBERLY, | ) | Case No. CV 07-1952 JC |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: September 25, 2008

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE